UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL M. PEREZ,

    Petitioner,

v.                                                   CASE NO. 6:06-cv-1804-Orl-31DAB

UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 30, 2006, the Court ordered Petitioner to file a memorandum clarifying what relief he sought and the basis for the Court's jurisdiction to grant such relief (Doc. No. 2). On December 18, 2006, Petitioner filed a Notice of Dismissal; however, he did not sign the document. The Court then entered an Order (Doc. No. 4) directing Petitioner to either file a properly executed Notice of Dismissal or comply with the provisions of the November 30th Order. Further, the Court notified Petitioner that the failure to do so would result in the dismissal of this action without further notice. As of the date of this Order, Petitioner has not responded.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.     This case is hereby **DISMISSED** without prejudice. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for filing a section 2255 motion. *See* 28 U.S.C. § 2255.

2.     The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 18th day of January, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 1/18
Daniel M. Perez